UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
V. : Criminal No. : 17-7087
:
JOSE PENA-MARTINEZ : ORDER

This matter having been opened to the Court upon the request of the defendant for revision of the present release conditions and the United States, represented by William Fitzpatrick, Acting United States Attorney for the District of New Jersey (Tazneen Shahabuddin, Assistant Unites States Attorney appearing), and the defendant represented by Chester Keller, Assistant Federal Public Defender and Kelly Fernandez representing the Pretrial Services Agency, and the U.S. Probation Office represented by Carolee Azzarello all having no objection to the proposed revision and for good and sufficient cause shown;

IT IS ON THE 5th day of October, 2017;

ORDERED that the condition of release of house arrest with electronic monitoring is removed. All of the other conditions to release previously imposed shall remain in effect.

HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE